UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>STEVEN M. BERESFORD,<br><br>                Defendant. | Case No. C21-5345-JCC-SKV<br><br>BANKRUPTCY STAY ORDER |

      Plaintiff submitted notice of defendant's pending bankruptcy action under Chapter 7 of the Bankruptcy Code, filed with the United State Bankruptcy Court for the Western District of Washington. (Dkt. 12.) As the filing of the bankruptcy petition invokes the provisions of the automatic stay under 11 U.S.C. § 362 with respect to plaintiff, the Court hereby ORDERS:

      (1)    The present action is STAYED and shall be removed from the active caseload of the Court until further application from the parties.

      (2)    The noting date of Plaintiff's Motion to Change Venue (Dkt. 6) and all dates set by this Court are STRICKEN.

BANKRUPTCY STAY ORDER - 1

(3) The parties are directed to file a report on the status of this case in 120 days from the date of this order, and every 120 days thereafter, until the final resolution of defendant's bankruptcy petition.

(4) The parties are further directed to notify the Court within thirty (30) days of the final resolution of the bankruptcy petition.

Dated this 1st day of September, 2021.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

BANKRUPTCY STAY ORDER - 2