UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>STEVEN M. BERESFORD,<br><br>             Defendant. | Case No. C21-5345-JCC-SKV<br><br>ORDER LIFTING STAY |

Plaintiff filed a Notice of Bankruptcy Discharge and requests that the Court lift the automatic stay previously entered in this case. Dkt. 15 (citing Chapter 7 Bankruptcy of Steven M. Beresford, Bankr. Pet. No. 21-41309-BDL (Dkt. 35) (Bankr. W.D. Wash. Nov. 12, 2021)). A stay granted against an action in district court continues until the bankruptcy case is closed, dismissed, or discharge is granted or denied, or until the bankruptcy court grants some relief from the stay. 11 U.S.C. § 362(a), (c)(2), (d)-(f). Because the Bankruptcy Court entered an Order of Discharge, the Court herein lifts the stay entered in this case.

Plaintiff also indicates its intent, after the stay is lifted, to move to amend with respect to dischargeable liabilities and those excepted from discharge pursuant to 11 U.S.C. §§

ORDER LIFTING STAY - 1

523(a)(1)(B)-(C).  The Court therefore anticipates the prompt filing of a motion to amend and will re-set the deadlines in this matter in due course.

Dated this 10th day of December, 2021.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

ORDER LIFTING STAY - 2