UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN M. BERESFORD,<br><br>　　　　Defendant. | Case No. C21-5345-JCC-SKV<br><br>**[PROPOSED]** **ORDER GRANTING UNITED STATES' MOTION TO AMEND COMPLAINT** |

　　The Court is in receipt of the United States' Unopposed Motion for Leave to File Amended Complaint, Dkt. 19.  In light of the Motion, and for good cause shown,

　　1.　IT IS HEREBY ORDERED THAT the United States is GRANTED leave to file the proposed Amended Complaint attached as Exhibit 1 to its Motion, within **fourteen (14) days** of the date of this Order.

　　Dated this 5th day of May, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

[Proposed] Order
(Case No. C21-5345-JCC-SKV )

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

Presented by:

/s/ Isaac M. Hoenig
ISAAC M. HOENIG
RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: 202-307-5963 (Hoenig)
Telephone: 202-514-6056 (Valdman)
Fax: 202-307-0054
isaac.m.hoenig@usdoj.gov
rika.valdman@usdoj.gov
*Attorneys for the United States of America*

[Proposed] Order
(Case No. C21-5345-JCC-SKV)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056