The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN M. BERESFORD,<br><br><br>        Defendant. | Case No. 3:21-cv-05345-JCC-SKV<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO JOIN U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE, FOR ABS LOAN TRUST VI AS DEFENDANT, DISMISSING SELECT PORTFOLIO, INC., and APPROVING STIPULATION** |

The United States of America, Wilmington Trust Company As Trustee for Mastr Alternative Loan Trust 2004-4 Mortgage Pass-Through Certificates, Series 2004-4 ("Wilmington"), U.S. Bank National Association, as Trustee for ABS Loan Trust VI ("U.S. Bank"), and Select Portfolio Servicing, Inc. ("SPS") have filed a joint motion to join U.S. Bank as a defendant pursuant to Fed. R. Civ. P. 20 and to approve a stipulation between the parties.

In light of the joint motion, and for good cause shown, it is hereby ORDERED that:

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

1.  The Joint Motion is GRANTED;

2.  U.S. Bank is JOINED as a defendant pursuant to Fed. R. Civ. P. 20(a)(2);

3.  SPS is DISMISSED;

4.  The stipulation disclaiming the interest of SPS and approving the order of priority of liens between the parties, as reflected in the joint motion, is hereby APPROVED; and

5.  Except as provided for in the joint motion, Wilmington and U.S. Bank are EXCUSED from further participation in this case, including, but not limited to scheduling conferences, settlement conference, and trial, and shall be deemed essentially as third parties to the action.

DATED this 31st day of May 2022.

_John C. Coughenour_

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

_/s/Isaac M. Hoenig_
ISAAC M. HOENIG
RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: 202-307-5963 (Hoenig)
Telephone: 202-514-6056 (Valdman)
isaac.m.hoenig@usdoj.gov
rika.valdman@usdoj.gov
*Attorneys for the United States of America*

[Proposed] Order
(Case No. 3:21-cv-05345-JCC-SKV )

2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056