UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN M. BERESFORD,<br><br>　　　　　　　Defendant. | Case No. C21-5345-JCC-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Defendants filed a Motion to Correctly Identify the Owner of the Mortgage Loan in its Complaint and Motion to Join U.S. Bank Trust National Association as Trustee. Dkt. 29. Plaintiff did not respond to the motion. Finding a response would be helpful, the Court herein RENOTES Defendants' motion, Dkt. 29, for consideration on **July 29, 2022**. Plaintiff is directed to file a response to the motion on or before **July 25, 2022** and Defendants may file a reply on or before **July 29, 2022**.

Dated this 18th day of July, 2022.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By: Stefanie Prather
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1