The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN M. BERESFORD, et al.,<br><br>Defendants. | Case No. 3:21-cv-05345-JCC-SKV<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO SET ASIDE DEFAULT AGAINST CLARK COUNT, WASHINGTON AND FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

On August 11, 2022, the United States and Clark County, Washington filed a motion to set aside default against Clark County, Washington and for an extension of time for Clark County to respond to the United States' First Amended Complaint. In light of the Joint Motion and for good cause shown it is hereby ordered that:

A. The entry of default against Clark County, Washington is set aside pursuant to Fed. R. Civ. P. 55(c);

//

[Proposed] Order Granting Joint Motion to Lift Default
(Case No. 3:21-cv-05345)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

B. Clark County, Washington shall have 21 days from the date of this Order to respond to the United States' First Amended Complaint.

Dated this 19th day of August, 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Respectfully presented by,

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Isaac M. Hoenig
ISAAC M. HOENIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: 202-307-5963 (Hoenig)
Isaac.m.hoenig@usdoj.gov
*Attorneys for the United States of America*

[Proposed] Order Granting Joint Motion to Lift Default
(Case No. 3:21-cv-05345)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056