THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C21-5345-JCC-SKV |
| Plaintiff, | ORDER |
| v. | |
| STEVEN M. BERESFORD, *et. al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. No. 43). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby ORDERS that:

1. The report and recommendation (Dkt. No. 43) is ADOPTED.
2. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 34) is DENIED.
3. The Court shall set a Rule 16 scheduling conference.
4. The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

//
//
//

DATED this 19th day of September 2022.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE