THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN M. BERESFORD, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C21-5345-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's Emergency Motion for a Three Week Disability Modification (Dkt. No. 113). Defendants represent that they were instructed by the Government to vacate their home, which is subject to foreclosure, (*see generally* Dkt. No. 105), by October 25, 2024. (Dkt. No. 113 at 1.) Defendants now seek permission to remain on the property until November 15, 2024. (*Id.* at 2.) They request additional time due to their age, health conditions, and to locate alternate housing. (*Id.* at 1–2.) The Government does not oppose this motion. (Dkt. No. 114 at 1.) Having thoroughly considered the relevant record, the Court GRANTS the motion.

It is so ORDERED this 15th day of October 2024.

ORDER
C21-5345-JCC
PAGE - 1

1
2
3
4   _____
    John C. Coughenour
5   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER
C21-5345-JCC
PAGE - 2