Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | Case No. 3:21-cv-05345-JCC-SKV |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY |
| v. | |
| STEVEN M. BERESFORD, *et al.*, Defendants. | |

Pursuant to the Federal Rules of Civil Procedure and LCR 67, the clerk is directed to deposit funds into the Registry of the Court in the principal amount of $2282.00.

Withdrawal and disbursement of these funds may be made only upon further order of the Court.

IT IS SO ORDERED.

Dated this 25thday of April 2025.

*[signature: John C Coughenour]*

_____
**JOHN C. COUGHENOUR**
**Senior United States District Judge**

[~~Proposed~~] Order to Deposit Funds into Court's Registry
(Case No. 3:21-cv-05345)                    1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

Presented by:

/s/ Khashayar Attaran
KHASHAYAR ATTARAN
Trial Attorney, Tax Division
U.S. Department of Justice
Khashayar.Attaran@usdoj.gov

*Attorney for the United States of America*

[Proposed] Order to Deposit Funds into Court's Registry
(Case No. 3:21-cv-05345)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056